```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**JOHN SLAGTER**                                                              **APPELLANT**

CIVIL ACTION NO. 3:05-CV-560BN

VS.                                                                Consolidated with

NO. 3:05-MC-26JCS

**STONECRAFT, LLC.**                                                     **APPELLEE**

## **FINAL JUDGMENT**

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this appeal is hereby dismissed.

SO ORDERED this the 1st day of June, 2006.

                                                       s/ William H. Barbour, Jr.
                                                       UNITED STATES DISTRICT JUDGE

blj